**Order entered September 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00020-CV

## THB CONSTRUCTION, LLC AND TRAVIS MICHAEL BONEY, Appellants

## V.

## HOLT TEXAS, LTD. D/B/A HOLT CAT, Appellee

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-08917

### ORDER

Before the Court is appellee's unopposed motion to conduct oral argument via Zoom. We **GRANT** the motion and **DIRECT** the Clerk of the Court to reset this cause for oral argument via Zoom Web Conferencing on October 5, 2021 at 2:00 p.m. and to notify all parties of this change. The panel hearing the case will consist of Justice Myers, Justice Partida-Kipness and Justice Carlyle, subject to change by the Court.

/s/    ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE